AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25mj468 |
| CHRISTIAN WOLFE DANIELS | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED
in the Middle District of
North Carolina
December 10, 2025
4:45 pm
Clerk, US District Court
By: dnk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTIAN WOLFE DANIELS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 871(a) - Threat to President of U.S.
Title 18 U.S.C. § 875(c) - Interstate Communications

Date: 12/10/25

*Issuing officer's signature*

City and state: Greensboro, North Carolina

L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/11/25 , and the person was arrested on *(date)* 12/11/2025
at *(city and state)* Salisbury, NC .

Date: 12/11/2025

RECEIVED
DEC 11 2025
US Marshals Service, M. NC

*Arresting officer's signature*

K.D. Springs TFO
*Printed name and title*

Case 1:25-mj-00468-LPA *SEALED* Document 2 Filed 12/10/25 Page 1 of 2